# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-12-00319-CV

**Andrew Lloyd Kurr, Appellant**

**v.**

**BAC Home Loans Servicing, LP and the Bank of New York Mellon Corporation d/b/a/ The Bank of New York Mellon f/k/a/ The Bank of New York, as Trustee for the Certificate Holder CWABS, Inc. Asset-Backed Certificates, Series 2005-BC5, Appellees**

## FROM DISTRICT COURT OF TRAVIS COUNTY, 200TH JUDICIAL DISTRICT NO. D-1-GN-10-000462, HONORABLE TIM SULAK, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellant Andrew Lloyd Kurr filed a notice of appeal on May 8, 2012.  Appellant's brief on appeal was first due on October 8, 2012.  On October 29, 2012, the Court notified appellant that his brief was overdue.  Appellant subsequently filed a motion for extension of time to file his brief, which this Court granted.  As requested, the deadline was extended to December 27, 2012.  However, this deadline passed without appellant filing a brief.  Appellees have now filed a motion to dismiss the appeal for want of prosecution.

The Court orders appellant to file a brief no later than February 28, 2013.  No further extension of time will be granted and failure to comply with this order may result in dismissal of this appeal.  *See* Tex. R. App. P. 38.8(a); 42.3.  The motion to dismiss is denied.

It is so ordered this 31st day of January, 2013.


Before Chief Justice Jones, Justices Goodwin and Field